

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00383-CV

| | | |
|---|---|---|
| Jim Herbert Hamilton Jr. | § | From the 30th District Court |
| | § | of Wichita County (168,280-A) |
| v. | | |
| | § | March 20, 2014 |
| Emil Pechacek | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that dismisses Hamilton's state law claims against Pechacek. We reverse that portion of the trial court's judgment that dismisses Hamilton's § 1983 excessive-force claim against Pechacek in his individual capacity and remand this case to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _____

Justice Sue Walker